UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN MICHAEL HASKEW,

     Plaintiff,

v.                                CASE NO. 3:20cv1435-MCR-EMT

ELIZABETH WARREN, CLERK,

     Defendant.

_____/

# O R D E R

The Chief Magistrate Judge issued a Report and Recommendation on February 28, 2020. ECF No. 9. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this Order.

2.      Plaintiff's claims are **DISMISSED with prejudice** for failure to state a plausible claim for relief under 28 U.S.C. § 2241 or 28 U.S.C. § 1331.

3.      All pending motions are **DENIED as moot**.

4.      The clerk of court is directed to enter judgment accordingly and close the case.

**DONE AND ORDERED** this 8th day of April 2020.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv1435-MCR-EMT